## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| | § | |
| EVOL, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:09-cv-1839-O |
| SUPPLEMENT SERVICES, LLC d/b/a | § | |
| MUSCLEMEDS | § | DEMAND FOR JURY TRIAL |
| **Defendant.** | § | |

### ORDER ON UNOPPOSED MOTION TO WITHDRAW OF DAVID W. CARSTENS, ZACHARY W. HILTON, BOBBY W. BRAXTON, AND AMANDA K. JENKINS AS COUNSEL

Before the Court is the Motion of Attorneys David W. Carstens, Zachary W. Hilton, Bobby W. Braxton, and Amanda K. Jenkins of Carstens & Cahoon, LLP, to withdraw as counsel for Plaintiff EVOL, Inc.  The Court having considered the submission and being fully advised, IT IS HEREBY ORDERED THAT:

The Motion is hereby GRANTED.

SIGNED  this ____ day of _____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE