UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVOL, INC., | § | |
| | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:09-cv-1839-O |
| SUPPLEMENT SERVICES, LLC d/b/a | § | |
| MuscleMeds, | § | |
| | § | |
|    *Defendant.* | § | |

## JOINT MOTION TO AMEND
## THE APRIL 14, 2010 SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Plaintiff Evol, Inc. ("Evol") and Defendant Supplement Services, LLC d/b/a MuscleMeds ("MuscleMeds") (collectively, the "Parties") file this Joint Motion to Amend the April 14, 2010 Scheduling Order ("Scheduling Order").

1.  Pursuant to the District Court's Order of Reference for Pretrial Management, filed April 13, 2010, this case was referred by the District Court to this Court for pretrial management, and this Court issued the Scheduling Order on April 14, 2010.

2.  Evol is an affiliate of Dymatize Enterprises, Inc., the plaintiff in a lawsuit styled *Dymatize Enterprises, Inc. v. Maximum Human Performance, Inc.*, Cause No. 3:09-cv-0046, pending in the United States District Court for the Northern District of Texas, Dallas Division (the "'46 Lawsuit"). Musclemeds is an affiliate of Maximum Human Performance, Inc., the Defendant in the '46 Lawsuit. The same counsel representing Evol in this matter also represent Plaintiff Dymatize Enterprises in the '46 Lawsuit, and the same counsel representing

1

Musclemeds in this suit also represents Defendant Maximum Human Performance in the '46 Lawsuit.

3. The '46 Lawsuit is set for trial on Judge Reed O'Connor's four-week docket beginning **August 2, 2010**, and counsel and the parties have been ordered to be ready for trial on **two days** notice at any time during this four-week period.

4. In order to allow the Parties, and their counsel, to prepare for the August trial setting in the '46 Lawsuit the Parties respectfully request that all deadlines set forth in this Court's April 14, 2010 Scheduling Order be extended for a period of **sixty (60) days.** At the present time, no deadlines set forth in the Scheduling Order have expired.

5. More specifically, the Parties request that this Court amend the Scheduling Order to set the following deadlines:

>Motions for leave to join parties to be filed by **Wednesday, September 15, 2010**.
>
>Motions for leave to amend pleadings to be filed by **Wednesday, September 15, 2010.**
>
>All discovery to be completed by **Wednesday, December 15, 2010**.
>
>Motions to compel discovery to be filed by **Monday, November 8, 2010**.
>
>Designation of expert witness and service of expert reports by party bearing burden of proof by **Tuesday, October 5, 2010**.
>
>Designation of expert witness and service of expert reports by party not bearing burden of proof by **Monday, November 8, 2010**.
>
>*Daubert* Objections to expert witnesses to be filed by **Tuesday, February 15, 2011**.
>
>Mediation to be conducted by **Wednesday, December 29, 2010**.
>
>Joint Estimate of Trial Length and Status Report to be filed by **Wednesday, January 5, 2011**.
>
>Dispositive Motions to be filed by **Monday, January 17, 2011**.
>
>Motions Not Otherwise Covered to be filed by **Monday, January 17, 2011.**

DATED: July 9, 2010.

                                            Respectfully submitted,

                                            /s/ Katherine B. Bandy
                                            Casey L. Griffith
                                                State Bar No. 24036687
                                            Katherine B. Bandy
                                               State Bar No. 24045445
                                            KLEMCHUK KUBASTA LLP
                                            8150 North Central Expressway
                                            Suite 1150
                                            Dallas, TX 75206
                                            Telephone:   214/367-6000
                                            Telecopy:    214/764-6673

                                            *Attorneys for Plaintiff EVOL, Inc.*


                                            /s/ Prescott W. Smith
                                            Craig W. Weinlein
                                               State Bar No. 21095500
                                            Prescott W. Smith
                                               State Bar No. 24013534
                                            CARRINGTON, COLEMAN, SLOMAN
                                              & BLUMENTHAL, L.L.P.
                                            901 Main Street, Suite 5500
                                            Dallas, TX 75202-3767
                                            Telephone:   214/855-3000
                                            Telecopy:    214/855-1333
                                            cweinlein@ccsb.com
                                            psmith@ccsb.com

                                            Robert J. Schoenberg
                                            RIKER DANZIG SCHERER HYLAND PERRETTI, LLP
                                            Headquarters Plaza
                                            One Speedwell Avenue
                                            Morristown, NJ 07962-1981
                                            Telephone:   973/451-8511
                                            Telecopy:    973/451-8604

                                            *Attorneys for Defendant Supplement Services, LLC,*
                                            *d/b/a MuscleMeds*