UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVOL, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-cv-1839-O |
| SUPPLEMENT SERVICES, LLC d/b/a MuscleMeds, | § § § | |
| *Defendant.* | § § | |

## ORDER GRANTING JOINT MOTION TO AMEND
## THE APRIL 14, 2010 SCHEDULING ORDER

Before the Court is the Joint Motion to Amend the April 14, 2010 Scheduling Order (the "Motion"). Having considered the Motion and the relevant law, the Court GRANTS the Motion. Accordingly, it is ORDERED that the April 14, 2010 Scheduling Order is modified as set forth below, and that the following deadlines shall now govern in this matter:

Motions for leave to join parties to be filed by **Wednesday, September 15, 2010**.

Motions for leave to amend pleadings to be filed by **Wednesday, September 15, 2010.**

All discovery to be completed by **Wednesday, December 15, 2010**.

Motions to compel discovery to be filed by **Monday, November 8, 2010**.

Designation of expert witness and service of expert reports by party bearing burden of proof by **Tuesday, October 5, 2010**.

Designation of expert witness and service of expert reports by party not bearing burden of proof by **Monday, November 8, 2010**.

*Daubert* Objections to expert witnesses to be filed by **Tuesday, February 15, 2011**.

Mediation to be conducted by **Wednesday, December 29, 2010**.

1

Joint Estimate of Trial Length and Status Report to be filed by **Wednesday, January 5, 2011**.

Dispositive Motions to be filed by **Monday, January 17, 2011**.

Motions Not Otherwise Covered to be filed by **Monday, January 17, 2011**.

_____
United States Magistrate Judge